Argued February 2, affirmed February 9, 1926.

## STATE *v.* WILLIAM WALDKIRSCH.

(243 Pac. 89.)

(No Syllabus.)

From Multnomah: ROBERT G. MORROW, Judge.

Department 1.

'AFFIRMED.

For appellant there was a brief over the names of *Mr. H. F. McInturff* and *Mr. Paul C. Dormitzer,* with an oral argument by *Mr. McInturff.*

For respondent there was a brief over the names of *Mr. Stanley Myers,* District Attorney, and *Mr. Clarence Beckman,* Deputy District Attorney, with an oral argument by *Mr. Beckman.*

McBRIDE, C. J.—This case is a companion case to the case of *State of Oregon* v. *Freauff,* and it was agreed by the parties that it should take the same course and abide the event of appeal in the case of

*State of Oregon* v. *Freauff, ante,* p. 214 (243 Pac. 87). The judgment of the lower court will therefore be affirmed.                    AFFIRMED.

BURNETT, RAND and COSHOW, JJ., concur.